UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:20-cr-87-SPC-NPM

CHRISTOPHER LAVEON BELL

## PRELIMINARY ORDER OF FORFEITURE [1]

Before the Court, pursuant to 28 U.S.C. § 2461(c), 26 U.S.C. § 5872, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for Preliminary Order of Forfeiture filed January 18, 2023. (Doc. 42). The government seeks a preliminary order forfeiting **a Yankee Hill Machine, model Cobra, 9mm caliber firearm silencer, bearing serial number C9-1041**, which was involved in the instant offense charged in Count One of the Indictment against Christopher Laveon Bell (Doc. 1).

On January 6, 2023, Bell pleaded guilty to Count One of the Indictment which charged him with possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). The Court adjudged him guilty of the offense and scheduled Bell for sentencing on April 17, 2023.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the asset. Because the United States is entitled to forfeit the property, the Motion for Preliminary Order of Forfeiture (Doc. 42) is **GRANTED**. Pursuant to 28 U.S.C. § 2461(c), 26 U.S.C. § 5872, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset described above is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on January 19, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record